No. 03–8148.  COLLINS, AKA TURNER v. UNITED STATES;
No. 03–8218.  CHARLES v. UNITED STATES; and
No. 03–8237.  BARRETT v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.   Reported below: 201 F. 3d 61 and 313 F. 3d 40.

No. 03–8149.  AYBAR v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 03–8157.  RIVERO-PROENZA v. LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–8159.  HARRIS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 03–8160.  HAMILTON v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 03–8161.  FOURIE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–8162.  GWIN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–8163.  IBARRA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–8164.  GUZMAN v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 03–8166.  HORNBACK v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 03–8167.  FRANKLIN v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 03–8169.  DeLOACH v. HAMLET, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–8171.  COLON ET AL. v. UNITED STATES; and
No. 03–8197.  COLON v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.   Reported below: 338 F. 3d 809.

No. 03–8173.  CELESTINE v. DISTRICT COURT OF LOUISIANA, 27TH JUDICIAL DISTRICT, ET AL.  C. A. 5th Cir.  Certiorari denied.